# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P. O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

CURTIS C. REDING
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

7421

September 11, 2015

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #1957421 for $7,188.03 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| RITA JO BARNES<br>09-81155-WRS | RITA JO BARNES<br>703 KILGORE AVE<br>OPELIKA, AL, 36801 | $6.05 |
| JIMMY C FREE<br>BARBARA S FREE<br>09-32433-DHW | JIMMY C FREE<br>BARBARA S FREE<br>P O BOX 252<br>LUVERNE, AL, 36049 | $0.05 |
| RICHARD K NOLAND<br>WANDA K NOLAND<br>09-12001-WRS | AMERICAN CONSUMER CREDIT<br>42 READS WAY STE 124<br>NEW CASTLE, DE, 19720 | $4.26 |
| JOHNNY E SCOTT<br>CHARITY A SCOTT<br>09-12192-WRS | ALLTEL COMMUNICATION<br>ONE ALLIED DRIVE BLDG 5 FL<br>LITTLE ROCK, AR, 72202 | $31.60 |
| JOHNNY E SCOTT<br>CHARITY A SCOTT<br>09-12192-WRS | JOHNNY E SCOTT<br>CHARITY A SCOTT<br>839 BLAKELY HWY<br>FT GAINES, GA, 39851 | $0.17 |
| FRANKLIN D GARGUS JR<br>KAREN R GARGUS<br>09-12328-WRS | AMERICAN CONSUMER CREDIT<br>42 READS WAY STE 124<br>NEW CASTLE, DE, 19720 | $7.30 |

7421

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| WILLIE PEARL HUMPHREY<br>09-82110-WRS | WILLIE PEARL HUMPHREY<br>835 GRACE RIDGE DR #121<br>AUBURN, AL, 36830 | $5.27 |
| DEREK CALVIN MURRY<br>YASHICA NICOLE MURRY<br>09-12577-WRS | CHECK N GO<br>7755 MONTGOMERY RD STE 400<br>CINCINNATI, OH, 45236 | $43.38 |
| FRED JORDAN CATCHINGS<br>SHERL BRADLEY CATCHINGS<br>10-80490-WRS | BANK OF AMERICA<br>P O BOX 650070<br>DALLAS, TX, 75265-0070 | $1,171.78 |
| MICHAEL CONNER<br>10-10730-WRS | ENTERPRISE INSTANT CASH<br>706 GLOVER AVE<br>ENTERPRISE, AL, 36330 | $179.43 |
| JAMES D LANGSTON<br>SHIRLEY D LANGSTON<br>10-31339-DHW | JAMES D LANGSTON<br>SHIRLEY D LANGSTON<br>104 INVERNESS DR<br>CLANTON, AL, 35405 | $30.27 |
| JOSEPH O KELLEY<br>10-11100-WRS | JOSEPH O KELLEY<br>6956 CO RD 636<br>CHANCELLOR, AL, 36316 | $10.92 |
| SHEILA F TURNER<br>10-31665-DHW | AMERICAN CONSUMER CREDIT<br>42 READS WAY STE 124<br>NEW CASTLE, DE, 19720 | $13.45 |
| AUTHUR J BRUCE<br>10-31699-DHW | AUTHUR J BRUCE<br>3413 COUNTRY CHURCH RD<br>MONTGOMERY, AL, 36116 | $1.84 |
| TAMMY R HUSSEY<br>10-11215-WRS | AMERICAN CONSUMER CREDIT<br>42 READS WAY STE 124<br>NEW CASTLE, DE, 19720 | $7.98 |
| BRADLEY D ALEXANDER<br>10-31847-DHW | BRADLEY D ALEXANDER<br>750 7TH AVE<br>FOREST HOME, AL, 36030 | $86.68 |
| TERRY NEAL TURNIPSEED<br>TINA LACEY TURNIPSEED<br>10-31880-DHW | HOUSEHOLD FINANCE CORP OF AL<br>C/O PRA RECEIVABLES MNMT LLC<br>P O BOX 12907<br>NORFOLK, VA, 23541 | $789.36 |
| DARRLY ELLISON<br>10-32226-DHW | DARRLY ELLISON<br>4400 WARM SPRING RD APT 78<br>COLUMBUS, GA, 31909 | $0.41 |
| TIKI MARTIN<br>10-32388-DHW | LITTLE LOAN SHOPPE AMERICA LLC<br>90 W 500 SOUTH # 2001<br>BOUNTIFUL, UT, 84010 | $1,575.00 |

Case 13-31631    Doc 35    Filed 09/11/15    Entered 09/14/15 15:12:46    Desc Main
Document    Page 2 of 7

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| KENNETH CARL JONES<br>10-11762-WRS | KENNETH CARL JONES<br>P O BOX 1991<br>EUFAULA, AL, 36072 | $2.54 |
| DONALD FREDERICK NORTON<br>LINDA FAYE NORTON<br>10-11830-WRS | DONALD FREDERICK NORTON<br>LINDA FAYE NORTON<br>174 CHENEYHATCHEE DR<br>EUFAULA, AL, 36027 | $115.00 |
| CHARLES STANLEY GREGG<br>MARY LOU GREGG<br>10-32556-DHW | HOUSEHOLD FINANCE CORP OF ALABAMA<br>P O BOX 9068<br>BRANDON, FL, 80067-9989 | $94.21 |
| WALLACE DEAN LONG<br>KAREN J LAWHORN<br>10-32903-DHW | WALLACE DEAN LONG<br>KAREN J LAWHORN<br>506 SIMS AVE<br>TALLASSEE, AL, 36078 | $96.96 |
| DELLA SIMS<br>TRAVIS SIMS<br>10-81731-WRS | DELLA SIMS<br>TRAVIS SIMS<br>3225 CO RD 84<br>BILLINGSLEY, AL, 36066 | $1.80 |
| DOROTHY L GOLDEN<br>10-12254-WRS | BANK OF JACKSON CO<br>P O DRAWER 677<br>GRACEVILLE, FL, 32440-0677 | $332.53 |
| BRENDA JEAN SNOW<br>11-30265-DHW | TERESA BLACKWELL<br>4319 ATLANTA HWY BOX 185<br>MONTGOMERY, AL, 36109 | $32.68 |
| NIKEE S HILL<br>11-10226-WRS | UNITED CREDIT RECOVERY LLC<br>P O BOX 953245<br>LAKE MARY, FL, 32795 | $4.76 |
| POLLYANNA THOMAS<br>11-80218-WRS | RBC BANK<br>P O BOX 869<br>BUFFALO, NY, 14240-0869 | $2.46 |
| ZASHAWN OPHELIA PORTER<br>11-80637-WRS | ZASHAWN OPHELIA PORTER<br>1500 PINEHURST DR APT 307<br>OPELIKA, AL, 36801 | $111.00 |
| ROY M ROGERS<br>JOANNE ROGERS<br>11-31296-DHW | MULLINS BUILDING PRODUCTS, INC.<br>C/O BROCK G. MURPHY, ESQ.<br>ONE CHASE CORPORATE CENTER<br>SUITE 400<br>BIRMINGHAM, AL, 35244 | $3.42 |
| ROY M ROGERS<br>JOANNE ROGERS<br>11-31296-DHW | BENEFIELDS MANSONRY<br>P O BOX 883<br>WEDOWEE, AL, 36278 | $14.34 |

7421

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| PHILLIP B BUCK<br>11-31653-DHW | PHILLIP B BUCK<br>113 BROOKSIDE DR<br>GREENVILLE, AL, 36037 | $84.00 |
| MALETA D HUGHLEY<br>11-81061-WRS | AIS SERVICES LLC<br>50 CALIFORNIA ST STE 1500<br>SAN FRANCISO, CA, 92111 | $61.88 |
| DEBRA A ROBINSON<br>11-11476-WRS | DEBRA A ROBINSON<br>300 BOYNTON ST APT 124<br>HEADLAND, AL, 36345 | $1.94 |
| PATRICK D DUMAS<br>11-32286-DHW | CAPITAL ONE AUTO FINANCE<br>BANKRUPTCY DEPT<br>P O BOX 821209<br>DALLAS, TX, 75382-1209 | $354.40 |
| PATRICK D DUMAS<br>11-32286-DHW | US DEPT OF EDUCATION/PHEAA<br>P O BOX 530232<br>ATLANTA, GA, 30353-0232 | $423.44 |
| SHEREE BURKETT<br>11-32315-DHW | ONE STOP CASH<br>5608 SOUTH 14TH ST<br>FORT SMITH, AR, 72901 | $0.98 |
| JOSEPH MICHAEL MOSNER<br>RHONDA KAY MOSNER<br>11-81465-WRS | JOSEPH MICHAEL MOSNER<br>RHONDA KAY MOSNER<br>864 OLD ABBEVILLE RD<br>EUFAULA, AL, 36027 | $192.01 |
| JERRY DEAN JACKSON<br>11-32489-DHW | JERRY DEAN JACKSON<br>1 WEDGEWOOD AVE<br>MONTGOMERY, AL, 36108 | $3.21 |
| CHRISTOPHER LEE RUCKER<br>11-32674-DHW | CHRISTOPHER LEE RUCKER<br>2334 REBECCA BELL DR<br>PRATTVILLE, AL, 36067 | $0.42 |
| GLORIA JEAN DALE<br>11-32763-DHW | GLORIA JEAN DALE<br>3751 OAK ST<br>MONTGOMERY, AL, 36105 | $74.00 |
| ROBIN EARL SINGLETON<br>SHIRLEY D SINGLETON<br>11-32809-DHW | DEREK & MICHELLE FREED<br>C/O CAPELL & HOWARD PC<br>P O BOX 2069<br>MONTGOMERY, AL, 36102-2069 | $3.41 |
| PAMELA RENAE TOLBERT<br>11-81791-WRS | US DEPT OF EDUCATION<br>P O BOX 530229<br>ATLANTA, GA, 30353-0229 | $122.52 |
| STEVE E CAIPEN SR<br>TAMMY L CAIPEN<br>11-33058-DHW | WESTERN COLORADO RADIOLOGY<br>C/O WESTERN COLLECTIONS<br>27 NORTH WILERUP<br>MONTROSE, CO, 81401 | $2.10 |

74 21

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| KYLE B RUTGERS<br>12-80444-WRS | DFAS-IN/DEBT AND CLAIMS<br>DEPT. 3300 ATTN: CUSTOMER SERVICE C<br>8899 EAST 56TH STREET<br>INDIANAPOLIS, IN, 46249-3300 | $33.63 |
| ANNIE LOIS GLENN<br>12-80636-WRS | ANNIE LOIS GLENN<br>P O BOX 581<br>GOODWATER, AL, 35072 | $1.09 |
| SANDRA PARHAM<br>12-31917-DHW | AJ AUTO SALES & DETAILING<br>317 TROJAN WAY<br>TROY, AL, 36081 | $360.50 |
| MARTY SANFORD WILLIAMSON<br>12-11835-WRS | MARTY SANFORD WILLIAMSON<br>487 CO RD 14<br>HARTFORD, AL, 36344 | $0.85 |
| KAREN RICH<br>13-31185-DHW | KAREN RICH<br>6133 BOARDWALK BLVD APT F<br>MONTGOMERY, AL, 36117 | $258.00 |
| ARTHUR GARDNER<br>13-31631-DHW | ARTHUR GARDNER<br>520 S HOLT ST<br>MONTGOMERY, AL, 36104 | $160.00 |
| GARY THOMAS SPENCER<br>13-32045-DHW | USAA FEDERAL SAVINGS BANK<br>P O BOX 821568<br>DALLAS, TX, 75382-1568 | $154.06 |
| JERRY WAYNE LAWRENCE<br>13-33357-DHW | JERRY WAYNE LAWRENCE<br>1560 JOHN WOOD RD<br>TITUS, AL, 36080 | $1.69 |
| SAMANTHA MARIE JOHNSON<br>14-11555-WRS | SAMANTHA MARIE JOHNSON<br>102 S COLLEGE ST<br>OPP, AL, 36467 | $117.00 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Curtis C. Reding
Chapter 13 Trustee
CCR/BH

CURTIS C. REDING   CHAPTER 13 TRUSTEE

Payee: CLERK OF THE COURT
1 CHURCH ST
MONTGOMERY, AL 36104

Check #.: 1957421
Date: Sep 11, 2015

Creditor #: 245952

1957421

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 0981155 | 00000 | RITA JO BARNES | | 6.05 | 0.00 | 0.00 |
| 0932433 | 00000 | JIMMY C & BARBARA S FREE | | 0.05 | 0.00 | 0.00 |
| 0912001 | 00004 | RICHARD K & WANDA K NOLAND | | 4.26 | 0.00 | 169.57 |
| 0912192 | 00005 | JOHNNY E & CHARITY A SCOTT | 4491558435-UNCLAIMED F | 31.60 | 0.00 | 187.27 |
| 0912192 | 00000 | JOHNNY E & CHARITY A SCOTT | | 0.17 | 0.00 | 0.00 |
| 0912328 | 00032 | FRANKLIN D GARGUS JR & KAREN R GARGUS | | 7.30 | 0.00 | 68.17 |
| 0982110 | 00000 | WILLIE PEARL HUMPHREY | | 5.27 | 0.00 | 0.00 |
| 0912577 | 00021 | DEREK CALVIN & YASHICA NICOLE MURRY | 5790-UNCLAIMED FUNDS | 10.64 | 0.00 | 84.19 |
| 0912577 | 00022 | DEREK CALVIN & YASHICA NICOLE MURRY | 9092-UNCLAIMED FUNDS | 32.74 | 0.00 | 259.04 |
| 1080490 | 00038 | FRED JORDAN & SHERL BRADLEY CATCHINGS | | 1,171.78 | 0.00 | 0.00 |
| 1010730 | 00011 | MICHAEL CONNER | 0058 | 179.43 | 0.00 | 0.00 |
| 1031339 | 00000 | JAMES D & SHIRLEY D LANGSTON | | 30.27 | 0.00 | 0.00 |
| 1011100 | 00000 | JOSEPH O KELLEY | | 10.92 | 0.00 | 0.00 |
| 1031665 | 00005 | SHEILA F TURNER | | 13.45 | 0.00 | 246.14 |
| 1031699 | 00000 | AUTHUR J BRUCE | | 1.84 | 0.00 | 0.00 |
| 1011215 | 00002 | TAMMY R HUSSEY | | 7.98 | 0.00 | 246.00 |
| 1031847 | 00000 | BRADLEY D ALEXANDER | | 86.68 | 0.00 | 0.00 |
| 1031880 | 00013 | TERRY NEAL & TINA LACEY TURNIPSEED | 0815-UNCLAIMED FUNDS | 789.36 | 0.00 | 0.00 |
| 1032226 | 00000 | DARRLY ELLISON | | 0.41 | 0.00 | 0.00 |
| 1032388 | 00027 | TIKI MARTIN | 9973 | 1,575.00 | 0.00 | 0.00 |
| 011762 | 00000 | KENNETH CARL JONES | | 2.54 | 0.00 | 0.00 |
| 011830 | 00000 | DONALD FREDERICK & LINDA FAYE NORTON | | 115.00 | 0.00 | 0.00 |
| 032556 | 00021 | CHARLES STANLEY & MARY LOU GREGG | 6646 AMND UNCLAIMED F | 94.21 | 0.00 | 733.43 |
| 032903 | 00000 | WALLACE DEAN LONG & KAREN J LAWHORN | | 96.96 | 0.00 | 0.00 |
| 081731 | 00000 | DELLA & TRAVIS SIMS | | 1.80 | 0.00 | 0.00 |
| 012254 | 00004 | DOROTHY L GOLDEN | 83182 | 332.53 | 0.00 | 4,112.91 |
| 130265 | 00011 | BRENDA JEAN SNOW | PAST DUE RENT | 32.68 | 0.00 | 1,581.06 |
| 110226 | 00015 | NIKEE S HILL | 2801 WACHOVIA | 4.76 | 0.00 | 77.06 |
| 180218 | 00014 | POLLYANNA THOMAS | 2510 | 2.46 | 0.00 | 435.14 |
| 180637 | 00000 | ZASHAWN OPHELIA PORTER | | 111.00 | 0.00 | 0.00 |
| 131296 | 00004 | ROY M & JOANNE ROGERS | R914 | 3.42 | 0.00 | 2,917.67 |
| 131296 | 00018 | ROY M & JOANNE ROGERS | MACON CO EARLY LEARN | 14.34 | 0.00 | 46,188.98 |
| 131653 | 00000 | PHILLIP B BUCK | | 84.00 | 0.00 | 0.00 |
| 181061 | 00006 | MALETA D HUGHLEY | 2333521 | 61.88 | 0.00 | 80.51 |
| 111476 | 00000 | DEBRA A ROBINSON | | 1.94 | 0.00 | 0.00 |
| 132286 | 00003 | PATRICK D DUMAS | 5127-2010 IMPALA-UNCLA | 351.62 | 2.78 | 0.00 |
| 132286 | 00020 | PATRICK D DUMAS | 1268 | 423.44 | 0.00 | 11,777.43 |
| 132315 | 00033 | SHEREE BURKETT | 0556 - AMEND 7/12/2012 | 0.98 | 0.00 | 219.18 |
| 181465 | 00000 | JOSEPH MICHAEL & RHONDA KAY MOSNER | | 192.01 | 0.00 | 0.00 |
| 132489 | 00000 | JERRY DEAN JACKSON | | 3.21 | 0.00 | 0.00 |
| 132674 | 00000 | CHRISTOPHER LEE RUCKER | | 0.42 | 0.00 | 0.00 |
| 132763 | 00000 | GLORIA JEAN DALE | | 74.00 | 0.00 | 0.00 |
| 32809 | 00031 | ROBIN EARL & SHIRLEY D SINGLETON | DEREK FREED | 3.41 | 0.00 | 119,268.58 |
| 81791 | 00020 | PAMELA RENAE TOLBERT | 8567-UNCLAIMED FUNDS | 122.52 | 0.00 | 15,697.66 |

* IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***

Page 1

CURTIS C. REDING, CHAPTER 13 TRUSTEE  
Payee: CLERK OF THE COURT  
1 CHURCH ST  
MONTGOMERY, AL 36104  

Check #.: **1957421**  
Date: Sep 11, 2015  
Creditor #: 245952

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---:|---:|---:|
| 1133058 | 00042 | STEVE E CAIPEN SR & TAMMY L CAIPEN | 1726 | 2.10 | 0.00 | 63.99 |
| 1280444 | 00011 | KYLE B RUTGERS | 7968 | 33.63 | 0.00 | 9,751.31 |
| 1280636 | 00000 | ANNIE LOIS GLENN | | 1.09 | 0.00 | 0.00 |
| 1231917 | 00001 | SANDRA PARHAM | 04 PONTIAC GRAN PRIXFI | 355.97 | 4.53 | 0.00 |
| 1211835 | 00000 | MARTY SANFORD WILLIAMSON | | 0.85 | 0.00 | 0.00 |
| 1331185 | 00000 | KAREN RICH | | 258.00 | 0.00 | 0.00 |
| 1331631 | 00000 | ARTHUR GARDNER | | 160.00 | 0.00 | 0.00 |
| 1332045 | 00013 | GARY THOMAS SPENCER | 4705 ARRS 2006 DODGE F | 154.06 | 0.00 | 0.00 |
| 1333357 | 00000 | JERRY WAYNE LAWRENCE | | 1.69 | 0.00 | 0.00 |
| 1411555 | 00000 | SAMANTHA MARIE JOHNSON | | 117.00 | 0.00 | 0.00 |
| | | | **TOTALS** | **7,180.72** | **7.31** | **214,165.29** |

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING ***