UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: Arthur Gardner            )
                                 )
                                 )   Case No.: 13-31631
                                 )
                                 )
       Debtor(s)                 )
                                 )

RECEIVED SEP 28 2015
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

FILED SEP 28 2015
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS
FOR INDIVIDUAL OWNER OF RECORD**

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ☐ creditor ☑ debtor (check one) in the above-referenced bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Arthur Gardner |
| 2. | Current Mailing Address | 410 E Street, Lot #2, Clarksville, TN 37042 |
| 3. | Telephone Number | 615-496-1385 or 931-338-6118 |
| 4. | Amount Being Claimed | $ 160.00 |

I, Arthur Gardner, state under penalty of perjury that I am legally entitled to claim the funds described above. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

09/25/2015    *Arthur C. Gardner*
Date          Claimant Signature          Joint Claimant Signature

Subscribed and sworn to before me this 25th day of September.

*Tammy R. Saunders*
Notary Public
In and for the State of TN
My commission expires 12-16-18

```
                        United States Bankruptcy Court
                          Middle District of Alabama
In re:                                                          Case No. 13-31631-DHW
Arthur Gardner                                                  Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 1127-2      User: jclark          Page 1 of 1        Date Rcvd: Oct 26, 2015
                          Form ID: pdfSOME      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: carol.brensing@usdoj.gov Oct 26 2015 21:53:22     U.S. Attorney,
                 Attn: R. Randolph Neeley,    PO Box 197,    Montgomery, AL 36101-0197
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Richard D. Shinbaum    on behalf of Debtor Arthur  Gardner rshinbaum@smclegal.com,
                smclegalecf@gmail.com
                                                                                                TOTAL: 3