The relief described hereinbelow is SO ORDERED

Done this 26th day of October, 2015.



*Dwight H. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
ARTHUR GARDNER                                   Chapter   13
  Debtor(s)                                      Case No. 13-31631

**ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT**

Upon consideration of the Application for Unclaimed Funds filed on September 28, 2015 (Doc. 36), it is hereby

**ORDERED** that the Clerk of the United States Bankruptcy Court is directed to submit to the United States District Court, Middle District of Alabama, a voucher for payment of $160.00 to the claimant at the following address:

> Arthur Gardner
> 410 E Street, Lot #2
> Clarksville, TN  37042

###END OF ORDER###

c:Debtor – 410 E Street, Lot #2, Clarksville, TN  37042
  Debtor's Attorney
  Chapter 13 Trustee
  U.S. Attorney


Submitted by:
Janet Clark

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                          Case No. 13-31631-DHW
Arthur Gardner                                                  Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 1127-2         User: csanders              Page 1 of 1         Date Rcvd: Oct 26, 2015
                             Form ID: pdfSOME            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2015.
db           #+Arthur Gardner,    520 S Holt Street,    Montgomery, AL 36104-3919
3421591      +Arthur Gardner,    410 E Street Lot #2,    Clarksville, TN 37042-4385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: carol.brensing@usdoj.gov Oct 26 2015 21:53:28     U.S. Attorney,
               Attn: R. Randolph Neeley,    PO Box 197,   Montgomery, AL 36101-0197
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Richard D. Shinbaum    on behalf of Debtor Arthur  Gardner rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 3